UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **EDCV 26-02524-KK-DTBx** | Date: | August 3, 2026 |
| Title: | ***Latosha McFarland v. National Credit Systems, Inc.*** | | |

Present: The Honorable KENLY KIYA KATO, UNITED STATES DISTRICT JUDGE

| Dominique Carr | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings: (In Chambers) Order to Show Cause Why Sanctions Should Not Be Imposed and Action Should Not Be Dismissed for Failure to Prosecute and Comply with Court Orders**

On May 12, 2026, plaintiff Latosha McFarland ("Plaintiff") filed the operative Complaint against defendant ("National Credit Systems, Inc."), asserting claims under the Fair Credit Reporting Act, Fair Debt Collection Practices Act, and California state law. ECF Docket No. ("Dkt.") 1, Complaint.

On July 2, 2026, the Court issued an Order Setting Scheduling Conference, requiring the parties "to confer on a discovery plan not later than twenty-one (21) days before the scheduling conference" and to file a Joint Rule 26(f) Report by July 30, 2026. Dkt. 23 at 1-2. The Court warned the parties that failure "to cooperate in the preparation of the Joint Rule 26(f) Report may lead to the imposition of sanctions." Id.

To date, a Joint Rule 26(f) Report has not been filed. The parties are, therefore, in violation of the Court's July 2, 2026 Order.

The Court has inherent power to impose sanctions for willful disobedience of a court order. See Evon v. Law Offs. of Sidney Mickell, 688 F.3d 1015, 1035 (9th Cir. 2012). Additionally, pursuant to Federal Rule of Civil Procedure 41(b), the Court may dismiss this action for failure to prosecute or failure to comply with a court order. See Fed. R. Civ. P. 41(b). Before imposing sanctions or dismissing this action, however, the Court will afford the parties an opportunity to explain their failure to file the Joint Rule 26(f) Report as directed by the Court's July 2, 2026 Order.

Accordingly, the Court, on its own motion, orders the parties to show cause in writing **no later than seven (7) days from the date of this Order** why this action should not be dismissed and/or sanctions imposed for failure to prosecute and/or comply with court orders.

**The parties are expressly warned that failure to timely file a response to this Order will result in this action being dismissed without prejudice and/or other sanctions, including monetary sanctions, for failure to prosecute and comply with Court orders. See Fed. R. Civ. P. 41(b).**

**IT IS SO ORDERED.**